

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00001-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | On Appeal from County Criminal Court No. 9 |
| | § | of Tarrant County (1738244) |
| V. | § | June 15, 2023 |
| | § | Opinion by Justice Wallach |
| MIGUEL VILLANUEVA, III, APPELLEE | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and this case is remanded to the trial court for further proceedings not inconsistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach